**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>8:11-cv-1058-T-17AEP |
| DEFENDANT<br>Constance Daniels | TYPE OF PROCESS<br>Summons, Complaint, and Declaration |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Constance Daniels
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Valrico, Florida 33596

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

I. Randall Gold, Assistant United States Attorney
U.S. Attorney's Office - Financial Litigation Unit/Angelique Hansford
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please personally serve defendant with the attached summons and complaint by July 15, 2011, and execute the declaration at the time of service. Please return the executed declaration along with the notice of service copy to Assistant U.S. Attorney I. Randall Gold at the address provided.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (813) 274-6105
DATE: 6/6/11

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 18
District to Serve No. 18
Signature of Authorized USMS Deputy or Clerk
Date: 6/7/11

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/5/11
Time: 11 54 [X] am [ ] pm

Signature of U.S. Marshal or Deputy
3680

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 50 00 | .51 | | 55 51 | | $0.00 |

REMARKS: 6th Floor,

FILED 11 JUL -6 AM 10:24 CLERK MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00