UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 8:11-cv-1058-T-17AEP ) |
| CONSTANCE DANIELS, | ) ) |
| Defendant. | ) |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The defendant in the above-entitled and numbered action was duly served and has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure. Therefore, pursuant to Fed. R. Civ. P. 55(a), application is hereby made to the Clerk of this Court for the entry of a default against the defendant.

    Respectfully submitted,

    ROBERT E. O'NEILL
    United States Attorney

By: s/ I. Randall Gold
    I. RANDALL GOLD
    Assistant United States Attorney
    Florida Bar Number: 0268062
    Financial Litigation Unit - AEH
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6105
    Facsimile: (813) 274-6247
    E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2011, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and I mailed foregoing document and the notice of electronic filing by first-class mail to:

>Constance Daniels
>Valrico, Florida 33596

>s/ I. Randall Gold
>I. RANDALL GOLD
>Assistant United States Attorney