FILED

11 JUL 29 AM 9:48

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

v.    CASE NO.: 8:11-CV-T-17AEP

CONSTANCE DANIELS
    Defendant.

## ANSWER TO COMPLAINT

Comes Now, Constance Daniels, hereby files this answer to the complaint and says:

1. Admit

2. Admit

3. Admit

4. Admit in part and Deny in part. Ms. Daniels admits she does have outstanding student loans but denies that the principal and interest are accurate.

**WHEREFORE,** Constance Daniels respectfully requests that the court deny the United States of America's request for a judgment against Constance Daniels in the amounts requested to wit:

a. For principal in the amount of $109,813.74, together with the accrued interest in the amount of $54,097.10 as of February 28, 2011, plus interest at the rated of 8.25 percent per annum and the daily rate of $24.80, until date of judgment

b. For interest from the date of judgment at the legal rate until paid in full.

c. For such other costs of litigation otherwise allowed by law;

d. For any other and further relief.

Respectfully Submitted,

*Constance Daniels*

Constance Daniels,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above was furnished to I. Randall Gold, Assistant United States Attorney at 400 N. Tampa Street, Suite 3200 Tampa, Florida, 33602 this 28th day of July, 2011.

*Constance Daniels*

Constance Daniels
P.O. Box 6219
Brandon, FL 33608
(813) 516-4244
FBN: 0057444