APR 2 4 2003    418-US 96,249.85

# Direct Loans
William D. Ford Federal Direct Loan Program

## Federal Direct Consolidation Loan
### Application and Promissory Note

OMB No. 1845-0053
Form Approved
Exp. Date 1/31/2005

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097

### Before You Begin

This form should be printed in blue or black ink or typewritten and must be signed and dated by the applicant(s). If you cross out anything and write in new information, put your initials beside the change.

### Section A: Borrower Information

| 1. Last Name | First Name | Middle Initial | 2. Social Security Number |
|---|---|---|---|
| DANIELS | CONSTANCE | | ███ - 4002 |

3. Permanent Street Address (if P.O. box, see instructions): ███
4. Home Area Code/Telephone Number: (813) ███

| City | State | Zip Code | 5. Fax Number (Optional) | 6. E-Mail Address (Optional) |
|---|---|---|---|---|
| TAMPA | FL | 33602-4828 | ( ) | |

| 7. Former Name(s) | 8. Date of Birth | 9. Driver's License Number (put state abbreviation first) |
|---|---|---|
| | ███67 | ( FL ) ███ |

| 10. Employer's Name | 11. Employer's Address |
|---|---|
| LAW OFFICE OF CONSTANCE DANIEL | 220 E MADISON ST |

| 12. Employer's Area Code/Telephone Number | City | State | Zip Code |
|---|---|---|---|
| ( 813 ) 221-3999 | TAMPA | FL | 33602 |

13. If you are married, does your spouse have an eligible loan(s) (see instructions) that you want to consolidate with your loan(s)?  Yes ☐  No ☒

If yes, complete Section C, include your spouse's loan(s) in Section D, and have your spouse sign and date Item 32 in Section F.

### Section B: Reference Information

14. References: Enter the requested information for two relatives or acquaintances who do not live with you and who have known you for at least three years. References may not live outside the United States.

| Name | 1. PHYLISS WILLIAMS | 2. BRENDA EDMONDS |
|---|---|---|
| Permanent Address | ███ | ███ |
| City, State, Zip Code | GAINESVILLE, FL 32641 | WEST PALM BEACH, FL 33409 |
| Area Code/Telephone Number | ( 352 ) ███ | ( 407 ) ███ |

### Section C: Spouse Information
*To be completed only if you responded "Yes" to Item 13*

| 15. Last Name | First Name | Middle Initial | 16. Social Security Number |
|---|---|---|---|
| | | | |

| 17. Date of Birth | 18. Driver's License Number (put state abbreviation first) | 19. Fax Number (Optional) |
|---|---|---|

| 20. Former Name(s) | 19. E-Mail Address (Optional) |
|---|---|

| 22. Employer's Name | 23. Employer's Address |
|---|---|

| 24. Employer's Area Code/Telephone Number | City | State | Zip Code |
|---|---|---|---|
| ( ) | | | |

Page 1

Exhibit A

APR 2 4 2003

| Borrower's Name | CONSTANCE DANIELS |
|---|---|
| Borrower's Social Security Number | ####4002 |

**Education Loan Indebtedness** (See instructions before completing this section)

| 25. Loan Holder/Servicer's Name Address, and Area Code/Telephone Number | 26. Loan Type | 27. B=Borrower S=Spouse J=Joint | 28. Account Number | 29. Current Balance | 30. To Be Consolidated? Yes   No |
|---|---|---|---|---|---|
| Sallie Mae Guarantee Services<br>PO Box 6180   ATTN: 8304<br>INDIANAPOLIS, IN 46206-6180<br>(800) 331-2134 | E | B | ####4002 | $95,788.58 | Y |
| ( ) | | | | | |
| ( ) | | | | | |
| ( ) | | | | | |
| ( ) | | | | | |
| ( ) | | | | | |
| ( ) | | | | | |
| ( ) | | | | | |

Page 2

Borrower's Name   CONSTANCE DANIELS

Borrower's Social Security Number  ▇▇▇▇4002

APR 2 4 2003

## Section E: Repayment Plan Selection

Carefully read the repayment plan information in "Direct Consolidation Loans" that accompanies this application and promissory note to understand your repayment plan options. Then, complete this section to select your repayment plan. Remember—

- All student loans must be repaid under the same repayment plan. Parent PLUS loans may be repaid under a different repayment plan.
- If you select the Income Contingent Repayment Plan, you must complete the "Repayment Plan Selection" and "Income Continent Repayment Plan Consent to disclosure of Tax Information" forms that accompany this application and promissory note. Your selection cannot be processed without these forms.
- **If you want to consolidate a defaulted student loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the Income Contingent Repayment Plan.**

31. Place an "X" in the box that corresponds to your repayment plan selection for each loan type. Note that Direct PLUS Consolidation Loans cannot be repaid under the Income Contingent Repayment Plan.

|  | Income Contingent | Standard | Extended | Graduated |
|---|---|---|---|---|
| **STUDENT LOANS** Direct Subsidized and Unsubsidized Consolidation Loans | X | ☐ | ☐ | ☐ |
| **PARENT LOANS** Direct PLUS Consolidation Loans | Not Available | ☐ | ☐ | ☐ |

### Section F: Promissory Note (continued on reverse side)

**Promise to Pay:**

I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note (note) to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this note. If I fail to make payments on this note when due, I will also pay collection costs including but not limited to attorney's fees and court costs. If ED accepts my application, I understand that ED will on my behalf send funds to the holder(s) of the loan(s) selected for consolidation in order to pay off this loan(s). I further understand that the amount of this loan will equal the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

This amount may be more or less than the estimated total balance I have indicated in Section D. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the consolidation loan.

I understand that this is a Promissory Note. I will not sign this note before reading it, including the text on the reverse side, even if I am advised not to read the note. I am entitled to an exact copy of this note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with written requests that confirm Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us at the same time.

## I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

32. Signature of Borrower  *Constance Daniels*   Date  4/18/03

Signature of Spouse (if consolidating Jointly)   Date

Page 3