## ABSTRACT OF JUDGMENT

### NOTICE

### CASE NO. 8:11-CV-1058-T-17-AEP

Pursuant to Title 28, United States Code, Section 3201, this judgment upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a Notice of Renewal. If such Notice of Renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| NAMES AND ADDRESSES OF PARTIES AGAINST WHOM JUDGMENTS HAVE BEEN OBTAINED | | NAMES OF PARTIES IN WHOSE FAVOR JUDGMENTS HAVE BEEN OBTAINED | |
|---|---|---|---|
| CONSTANCE DANIELS | | **United States of America** | |
| AMOUNT OF JUDGMENT | NAME OF CREDITORS ATTORNEYS | | WHEN DOCKETED |
| The principal sum of $109,813.74, plus interest in the sum of $54,097.10 as of February 28, 2011, plus interest at the rate of 8.25% per annum and a daily rate of $24.80, until date of judgment; for post-judgment interest at the legal rate from entry of final judgment until the date of payment. | **ROBERT E. O'NEILL** **United States Attorney** **By: I. RANDALL GOLD** **Assistant United States Attorney** **Attn.: Financial Litigation Unit - AEH** **400 North Tampa Street** **Suite 3200** **Tampa, Florida 33602** | | September 22, 2011 |

UNITED STATES OF AMERICA
CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
SS

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this court.

Dated at Tampa, Florida on _October 12,_ , 2011.

SHERYL L. LOESCH, Clerk

By: _____, Deputy Clerk.